**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

LAKEISA GRIFFIN,                                    :

    Plaintiff,                                    :

vs.                                                 :           CA 15-0189-WS-C

CAROLYN W. COLVIN,                                  :
Acting Commissioner of Social Security,

                                                    :

    Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no

objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. §

636(b)(l)(B) and dated December 21, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of January, 2016.


           **s/WILLIAM H. STEELE**
           **CHIEF UNITED STATES DISTRICT JUDGE**