IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAKEISA GRIFFIN, | : | |
| Plaintiff, | : | |
| vs. | : | CA 15-0189-WS-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 7, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of April, 2016.

                        s/WILLIAM H. STEELE
                        **CHIEF UNITED STATES DISTRICT JUDGE**