IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAKEISA GRIFFIN, | : | |
| Plaintiff, | : | |
| vs. | : | CA 15-0189-WS-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $3,603.92 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE** this 12th day of April, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE